IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID SANDERS and SHONNA SANDERS,

    Plaintiffs,

vs.                           1:17-cv-00475-MV-KBM

FOREMOST INSURANCE COMPANY OF AMERICA,

    Defendant.

## JOINT MOTION TO DISMISS

COME NOW Plaintiffs, David Sanders and Shonna Sanders, and Defendant, Foremost Insurance Company of America, by and through their attorneys of record, and pursuant to Fed. R.Civ.P. 41, hereby jointly move this Court for an Order to Dismiss Plaintiffs' claims against the Defendant with prejudice.

WHEREFORE, the parties respectfully request that the Court enter its Order dismissing Plaintiffs' claims against the Defendant with prejudice, with each party to bear their own costs and attorney fees. A Stipulated Order of Dismissal accompanies this motion.

Respectfully submitted,

**Noble & Vrapi, P.A.**

*/s/* Olsi Vrapi
Olsi Vrapi
*Attorney for Plaintiffs*
4253 Montgomery Blvd. Suite 240
Albuquerque, NM 87109
Tel: (505) 352-6660
Fax: (505) 872-6120
olsi@noblelawfirm.com

1

**O'Brien & Padilla, PC**

<u>*Approved on 09/29/2017 via email*</u>
Daniel O'Brien
O'Brien & Padilla, P.C.
6000 Indian School Rd. NE, Suite 200
Albuquerque, NM 87110
Tel: (505) 883-8181