IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID SANDERS and SHONNA SANDERS,

       Plaintiffs,

vs.                                                    1:17-cv-00475-MV-KBM

FOREMOST INSURANCE COMPANY OF AMERICA,

       Defendant.

## STIPULATED ORDER OF DISMISSAL

This matter comes before the Court upon the Joint Motion to Dismiss with Prejudice by Plaintiffs David Sanders and Shonna Sanders, and Defendant, Foremost Insurance Company of America, filed on October 2, 2017, [Doc. 21].  The Court, having reviewed the Joint Motion to Dismiss, noting the concurrence of the parties, and being fully advised on the premises, finds that the Joint Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' complaint against Defendant is hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Submitted by:

**Noble & Vrapi, P.A.**

*/s/ Olsi Vrapi*
Olsi Vrapi
*Attorney for Plaintiffs*
4253 Montgomery Blvd. Suite 240
Albuquerque, NM 87109

1

2

Approved as to form:

**O'Brien & Padilla, PC**

*Approved on 09/29/2017 via email*
Daniel O'Brien
O'Brien & Padilla, P.C.
6000 Indian School Rd. NE, Suite 200
Albuquerque, NM 87110
Tel: (505) 883-8181